ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625
Attorney for Defendants State of New Jersey and the Division of
State Police of the Department of Law and Public Safety

By:  Gregory A. Spellmeyer
     Deputy Attorney General
     (609) 984-9504
     Gregory.Spellmeyer@dol.lps.state.nj.us

                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                       VICINAGE OF TRENTON

_____

UNITED STATES OF AMERICA,        :HONORABLE MARY L. COOPER, U.S.D.J.

          Plaintiff,             :    Civil Action No. 99-5970 (MLC)

     v.                          :    STATEMENT THAT NO BRIEF IS
                                      NECESSARY IN ACCORDANCE WITH
STATE OF NEW JERSEY AND THE      :    L.Civ.R. 7.1(d)(4)
DIVISION OF STATE POLICE OF
THE NEW JERSEY DEPARTMENT OF     :
LAW AND PUBLIC SAFETY,
                                 :
          Defendants.
_____:


          I, Gregory A. Spellmeyer, Deputy Attorney General, do

hereby certify that no brief is necessary in support of the joint

motion by Plaintiff, the United States, and the Defendants, State

of New Jersey and the Division of State Police of the Department of

Law and Public Safety, for an Order terminating the Consent Decree

entered on December 30, 1999 as the parties shall rely upon the

Certification of Anne Milgram, the Certification of Dermot P.

O'Grady, the Certification of Alberto Rivas, and the Affidavit of

James Ginger.

                                        ANNE MILGRAM
                                        ATTORNEY GENERAL OF NEW JERSEY


                              By: s/ Gregory A. Spellmeyer
                                   Gregory A. Spellmeyer
                                   Deputy Attorney General


DATED: August 27, 2009