RECEIVED
AUG 21 2009
AT 8:30 / 1:00 A M
WILLIAM T. WALSH
CLERK

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants State of New Jersey and the Division of State Police of the Department of Law and Public Safety

By:  Gregory A. Spellmeyer
     Deputy Attorney General
     (609) 984-9504
     Gregory.Spellmeyer@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : HONORABLE MARY L. COOPER, U.S.D.J. |
| Plaintiff, | : Civil Action No. 99-5970 (MLC) |
| v. | : ORDER ON JOINT MOTION |
|  | TERMINATING CONSENT DECREE |
| STATE OF NEW JERSEY AND THE DIVISION OF STATE POLICE OF THE NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, | : |
| Defendants. | : |

This matter having come before the Court on a joint motion of Plaintiff, the United States, and Defendants, the State of New Jersey and the Division of State Police of the Department of Law and Public Safety, counsel appearing on behalf of both parties, and the Court having considered the papers submitted herein, this matter being decided under L.Civ.R. 78.1(b), and for good cause shown;

IT IS on this 21ST day of SEPT., 2009;

ORDERED that the Consent Decree entered in this matter on December 30, 1999 is hereby terminated.

                                               *Mary L. Cooper*
                          HONORABLE MARY L. COOPER
                          UNITED STATES DISTRICT COURT JUDGE